

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FORD MOTOR COMPANY, | § | No. 08-18-00193-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 83rd District Court |
|  | § |  |
| PETER GARZA, INDIVIDUALLY AND AS NEXT FRIEND OF S.G., A MINOR, AND ON BEHALF OF THE ESTATES OF STEPHANIE GARZA, TAYLOR GARZA, PETER JAMES GARZA, AND JESSE GARZA, DECEASED, and JIM FISK and MARY FISK, | § § § § § | of Pecos County, Texas (TC# P-7725-83-CV) |
|  | § |  |
| Appellee. | § |  |

**MEMORANDUM OPINION**

Appellant, Ford Motor Company, has filed a motion to dismiss its appeal pursuant to Rule 42.1(a)(1). *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

November 30, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.